UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCHOEN M. LABOMBARD,

                     Plaintiff,

      -against-

OFFICER BRIAN HARRELL, et al.,

                     Defendants.

22-CV-2196 (LTS)

ORDER DIRECTING PRISONER AUTHORIZATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff, who is currently incarcerated at Greene Correctional Facility, brings this action *pro se*. He submitted the complaint with an application to proceed *in forma pauperis* (IFP) and a prisoner authorization, which only allowed the funds deducted from Plaintiff's prison account to be disbursed to the United States District Court for the Northern District of New York. By order dated March 18, 2022, the Court directed Plaintiff to either pay the $402.00 in fees that are required to file a civil action in this court or submit, within 30 days, a completed prisoner authorization. On March 30, 2022, the Court received from Plaintiff another IFP application, but not the requested prisoner authorization.

      Because Plaintiff proceeds in this matter *pro se*, the Court grants him another opportunity to submit a prisoner authorization. The Court therefore directs Plaintiff to pay the $402.00 in fees or submit the attached prisoner authorization within 30 days of the date of this order. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: May 3, 2022
New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                               Chief United States District Judge