UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCHOEN M. LABOMBARD,

                      Plaintiff,

-against-

OFFICER BRIAN HARRELL, et al.,

                      Defendant.

22-CV-2196 (LJL)

ORDER OF SERVICE

LEWIS J. LIMAN, United States District Judge:

      Plaintiff, who is currently incarcerated at Greene Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his rights while he was detained at the Manhattan Detention Complex ("MDC"). By order dated June 8, 2022, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* ("IFP").[1]

## DISCUSSION

**A.    Waiver of Service**

      The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants Correction Officer Brian Harrell, the City of New York, and the Warden of MDC waive service of summons.

**B.    Local Civil Rule 33.2**

      Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

date of this order, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[2]

## CONCLUSION

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Correction Officer Brian Harrell, the City of New York, and the Warden of MDC waive service of summons.

Local Civil Rule 33.2 applies to this action.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:  June 24, 2022
        New York, New York

                                              _____
                                              LEWIS J. LIMAN
                                              United States District Judge

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Court's Pro Se Intake Unit.