UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHOEN LAMBOMBARD,<br><br>        Plaintiff,<br><br>  -against-<br><br>BRIAN HARRELL, et al.,<br><br>        Defendants. | 22-CV-2196 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff is hereby ORDERED to file an amended complaint by September 18, 2023. The City Defendant's response, if any, is due October 9, 2023. Plaintiff's opposition is due October 16, 2023. Discovery is hereby STAYED pending further order of the Court.

  In addition, plaintiff is hereby ORDERED to voluntarily dismiss the claims against defendant Sherma Dunbar by September 15, 2023.

  SO ORDERED.

Dated: September 11, 2023
    New York, New York

                    _____
                      ARUN SUBRAMANIAN
                      United States District Judge