UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SCHOEN LAMBOMBARD,

                Plaintiff,

                -against-                    22-CV-2196 (AS)

BRIAN HARRELL, et al.,
                                                ORDER

                Defendants.
-------------------------------------------------------------------X

ARUN SUBRMANIAN, United States District Judge:

      Defendant Brian Harrell in this action appears to be in default. Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-arun-subramanian), **by September 22, 2023**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at SubramanianNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiff shall serve a copy of this Order on Defendant **by September 12, 2023,** and shall file proof of such service **by September 13, 2023**. In addition to serving a copy of the Order on the Defendant, plaintiff shall serve a copy of the Order on Defendant's criminal defense attorney, as discussed during the hearing on September 8, 2023, within the same time period.

      SO ORDERED.

Dated: September 11, 2023
       New York, New York

                                                          ARUN SUBRAMANIAN
                                                      United States District Judge