# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

September 17, 2023

**BY ECF:**
The Honorable Arun Subramanian
United States District Judge

Re:    *Lambombard v. City of New York, et al.*, 22 CV 2196 (AS)

Dear Judge Subramanian:

    Before I make the request below, I want the Court to be aware that I am mindful this request is not made two business days before the deadline and because it is a Sunday, I did not want to bother my adversary seeking their consent.

    I respectfully request a one-day extension of the deadline to file the amended complaint. The current deadline is September 18. I am seeking until September 19 to file it. This is the first such request. I need this short extension because I have been under the weather this weekend and I am slowly recovering. I should be able to file the complaint on September 19, 2023.

    Thank you.

Respectfully,

/s
Vik Pawar

Cc:    Defense counsel (by ECF)

The request for an extension is GRANTED. The Court will not grant further extensions.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: September 18, 2023