

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

LUCA DIFRONZO
*Assistant Corporation Counsel*
(212) 356-2354
ldifronz@law.nyc.gov

October 16, 2023

**VIA ECF**
The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Labombard v. Harrell, et al.</u>, 22 Civ. 2196 (AS)

Your Honor:

      I respectfully write to advise Your Honor that the above-referenced action has settled as between the City of New York and plaintiff.[1] As such, the City of New York requests an adjournment *sine die* of all its outstanding deadlines and appearances in this matter. The Stipulation of Settlement and Order of Dismissal will be submitted to the Court as soon as it is executed with the settlement paperwork, which the parties expect to complete shortly after plaintiff's counsel returns from abroad on October 18, 2023.

      The parties thank the Court for its attention to this matter.

                                                       Respectfully Submitted,

                                                     Luca Difronzo
                                                     Attorney for the City of New York
                                                     *Assistant Corporation Counsel*

---

[1] This settlement does not include codefendant Brian Harrel, who, upon information and belief, will be continuing in this case *pro se*.

1

New York City Law Department  
100 Church Street  
New York, NY 10007  
(212) 356-2354  
ldifronz@law.nyc.gov

**CC: VIA ECF**
Vik Pawar, *pro bono* counsel for plaintiff

> SO ORDERED.
>
> Plaintiff failed to file a motion for default judgment as it relates to defendant Brian Harrell by October 10, as this Court previously ordered. Dkt. 90. On or before October 25, plaintiff should file a letter updating the Court on the status of this action, including:
>
> 1. Whether the unnamed defendants should be dismissed. If plaintiff does not wish to dismiss these defendants, plaintiff should explain whether it has made any effort to identify these defendants thus far, and how it will identify them if this action proceeds.
>
> 2. Whether the action should be dismissed as against defendant Brian Harrell, given plaintiff's failure to move for default judgment.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Date: October 17, 2023